IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>vs.<br><br>JORGEN JOHANNSSEN,<br>     Defendant. | 8:21-CR-182<br><br>ORDER |

  This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation, Filing 41, denying Defendant's Motion to Suppress, Filing 24. Defendant timely filed an Objection to the Findings and Recommendation, challenging the Magistrate Judge's ruling. Filing 42. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the Magistrate Judge's Findings and Recommendation. The Court concurs in the Magistrate Judge's factual findings and legal analysis. Accordingly,

IT IS ORDERED:

1. Defendant's Objection to the Court's Findings and Recommendation, Filing 42, is overruled;

2. The Magistrate Judge's Findings and Recommendation, Filing 41, is adopted;

3. Defendant's Motion to Suppress, Filing 24, is denied; and

4. The Clerk of Court is ordered to terminate the pending motions at Filing 24, Filing 41, and Filing 42.

  Dated this 1st day of March, 2022.

                   BY THE COURT:

                   _____
                   Brian C. Buescher
                   United States District Judge