IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGEN JOHANNSEN,<br><br>Defendant. | 8:21-CR-182<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME |

On January 9, 2024, this Court issued an Order directing the Government to respond to Defendant Jorgen Johannsen's *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. Filing 83. The Court also set a deadline of January 30, 2024. *See* Filing 83 at 2. Before this deadline expired, the Government filed a Motion for an Extension of Time in order to comply with the Court's Order. Filing 84. The Government requests that its deadline be extended until February 29, 2024. Filing 84 at 1. In support of its request, the Government notes that it needs additional time to draft response, that it is awaiting the production of the Defendant's sentencing transcript, and that counsel for the Government has other pending matters for which he is currently responsible. Filing 84 at 1. Upon consideration of the Government's Motion, the Court finds there is good cause to grant the extension. Accordingly,

IT IS ORDERED that the Government's Motion for an Extension of Time, Filing 84, is granted. The United States shall respond to the § 2255 Motion, Filing 80, by February 29, 2024.

Dated this 30th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1