IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGEN JOHANNSEN,<br><br>Defendant. | 8:21-CR-182<br><br>ORDER |

Presently before the Court is the defendant's unopposed Motion to Withdraw his pending Motion pursuant to 28 U.S.C § 2255. Filing 120. The defendant explains that he has received "extensive discussion and advice" from his counsel and "now elects to withdraw his pending motion for relief." Filing 120 at 1. Accordingly,

IT IS ORDERED:

1. The defendant's Motion to Withdraw, Filing 120, is granted; and

2. The defendant's Motion to Vacate under 18 U.S.C § 2255, Filing 80, is withdrawn.

Dated this 1st day of November, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1